# ALABAMA COURT OF CRIMINAL APPEALS



November 1, 2024

**CR-2023-0207**

Travon Romance Williams v. State of Alabama (Appeal from Montgomery Circuit Court: CC-18-110)

## NOTICE

You are hereby notified that on November 1, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk